1   VENABLE LLP
    Amit Rana (SBN 291912)
2    Arana@venable.com
3   101 California Street, Suite 3800
    San Francisco, CA 94111
4   Telephone: 415.653.3750
    Facsimile: 415.653.3755
5
6   VENABLE LLP
    Daniel S. Blynn (*pro hac vice* forthcoming)
7    Dsblynn@venable.com
    600 Massachusetts Avenue, NW
8   Washington, DC 20001
    Telephone: 202.344.4000
9   Facsimile: 202.344.8300
    ***Attorneys for Defendant ADT LLC***
10
11  Todd M. Friedman (SBN 216752)
    Adrian R. Bacon (SBN 280332)
12  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
    21550 Oxnard Street, Suite 780
13  Woodland Hills, CA 91367
    Phone: 323-306-4234
14  Fax: 866-633-0228
15  tfriedman@toddflaw.com
    abacon@toddflaw.com
16  ***Attorneys for Plaintiff***

17                  **UNITED STATES DISTRICT COURT**

18                  **EASTERN DISTRICT OF CALIFORNIA**

19

20  SIDNEY NAIMAN, individually and on          Case No. 2:20-cv-01821-MCE-DB
21  behalf of all others similarly situated
                                                Hon. Morrison C. England, Jr.
22                  Plaintiff,
                                                **STIPULATION AND ORDER RE**
23          v.                                  **DEADLINE FOR DEFENDANT ADT**
                                                **LLC'S  RESPONSE TO PLAINTIFF'S**
24  ADT LLC,; NATIVE MEDIA LLC and              **FIRST AMENDED COMPLAINT**
    DOES 1 through 10, inclusive, and each of
25  them

26                  Defendants.

27

28

Pursuant to Local Rule 143, Plaintiff Sidney Naiman and defendant ADT LLC ("ADT"), by and through their respective counsel, hereby respectfully stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in this case on September 9, 2020 and purported to serve ADT on October 13, 2020;

WHEREAS, Plaintiff has provided to ADT the professional courtesy of extending the deadline for its response to the Complaint while ADT has investigated the claims asserted therein and provided informal, early discovery to Plaintiff;

WHEREAS, on December 8, 2020, Plaintiff filed a First Amended Complaint; and

WHEREAS, ADT's response to the First Amended Complaint currently is due December 22, 2020;

Plaintiff and ADT have reached agreement on the following stipulation, subject to the Court's approval:  ADT will answer, move, or otherwise respond to the amended complaint by January 29, 2021.

**IT IS SO STIPULATED.**

Dated: December 14, 2020          VENABLE LLP

                                 By: */s/ Amit Rana_____*

                                 Attorneys for Defendant ADT LLC


Dated: December 14, 2020          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                 By: */s/ Adrian R. Bacon___*

                                 Attorneys for Plaintiff

                                 Pursuant to Local Rule 131, signature authorized on December 9, 2020

1

## <u>ORDER</u>

2      Pursuant to the stipulation of the parties, ADT shall answer, move, or otherwise

3 respond to the amended complaint by January 29, 2021.

4      IT IS SO ORDERED.

5 Dated:  December 18, 2020

6

7                                    _____
                                     MORRISON C. ENGLAND, JR.
                                     SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:20-cv-01821-MCE-DB

JOINT STIPULATION AND ORDER