# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated<br>Plaintiff,<br>v.<br>ADT LLC and DOES 1 through 10, inclusive, and each of them<br>Defendants. | Case No.<br><br>2:20-cv-01821-MCE-DB<br><br>**PROPOSED ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

///

///

Each party shall bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE